**Ramon DIAZ–CORTEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71549.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 25, 2011.

Martin Lawler, Lawler and Lawler, San Francisco, CA, for Petitioner.

Oil, Jacob Bashyrov, Esquire, DOJ–U.S. Department of Justice, Washington, DC,

Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Ramon Diaz–Cortez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision pretermitting his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008), and we deny the petition for review.

Because Diaz–Cortez failed to demonstrate a gross miscarriage of justice at his prior proceedings, he may not collaterally attack his 2004 removal order. *See Ramirez–Juarez v. INS*, 633 F.2d 174, 175–76 (9th Cir.1980) (per curiam) ("This court has consistently held that an alien cannot collaterally attack an earlier exclusion or deportation at a subsequent deportation hearing, in the absence of a gross miscarriage of justice at the prior proceedings.").

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.